WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
*Attorneys for Defendant, Nissan Motor Acceptance*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MELISSA GALLEGOS, an individual,<br><br>  Plaintiffs,<br>vs.<br><br>NISSAN MOTOR ACCEPTANCE COMPANY LLC, a foreign limited liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation,<br><br>  Defendants. | Case No.: 2:23-cv-01649-CDS-DJA<br><br>**STIPULATION TO EXTEND TIME (SECOND REQUEST)** |

Pursuant to F.R.C.P. 6 and Local Rule 6-1 of the U.S. District Court Rules, the undersigned, Ramir M. Hernandez, Esq., of the law firm of WRIGHT FINLAY & ZAK, LLP, as counsel of record for Defendant, Nissan Motor Acceptance Company LLC ("NMAC") and Kevin L. Hernandez of the law firm of LAW OFFICE OF KEVIN L. HERNANDEZ, as counsel of record for Plaintiff, Melissa Gallegos, hereby stipulate that NMAC shall file its response to the underlying Complaint by December 14, 2023 and states as follows:

1. Plaintiff filed his underlying Complaint in this action on October 11, 2023.
2. NMAC was served on October 19, 2023. Its deadline to respond is November 9, 2023.
3. The Parties previously stipulated to a response deadline of November 30, 2023.
4. The Parties require additional time to negotiate a settlement.
5. The parties agreed that NMAC will have until December 14, 2023 to file its response.
6. The extension will not affect any other deadlines or prejudice any party.

1  IT IS SO STIPULATED.

2     Dated: November 29, 2023

WRIGHT, FINLAY & ZAK, LLP

*/s/ Ramir M. Hernandez*
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117


LAW OFFICE OF KEVIN L. HERNANDEZ
*Kevin L. Hernandez*
Kevin L. Hernandez
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147


IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE
DATED: 11/30/2023

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I served the foregoing **STIPULATION TO EXTEND TIME** on the 29th day of November, 2023, to all parties on the CM/ECF service list.

  /s/ Lisa Cox
  An Employee of WRIGHT, FINLAY & ZAK, LLP